## Albert MATLOCK v. STATE.

No. 16476.

Court of Criminal Appeals of Texas.

Jan. 3, 1934.

D. L. Harry, of Jacksonville, and Joseph H. Byers, of Henderson, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Burglary is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## BIII MITCHELL v. STATE.

No. 16571.

Court of Criminal Appeals of Texas.

Jan. 3, 1934.

L. D. Hartwell, of Greenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is burglary; the punishment, confinement in the state penitentiary for eight years.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## C. J. WHITE v. STATE.

No. 16547.

Court of Criminal Appeals of Texas.

Jan. 3, 1934.

Wallace Malone, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.